Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1080 (2015)].

Chief Judge DiFiore and Judge Garcia taking no part.

In the Matter of Eighth Judicial District Asbestos Litigation.

Joann H. Suttner, as Executrix of Gerald W. Suttner, Deceased, Respondent, v A.W. Chesterton Company et al., Defendants, and Crane Co., Appellant.

Submitted March 28, 2016; decided March 31, 2016

Motion by CBS Corporation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of Eighth Judicial District Asbestos Litigation.

Joann H. Suttner, as Executrix of Gerald W. Suttner, Deceased, Respondent, v A.W. Chesterton Company et al., Defendants, and Crane Co., Appellant.

Submitted March 28, 2016; decided March 31, 2016

Motion by Chamber of Commerce of the United States of America for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of Estrellita A., Respondent, v Jennifer L.D., Appellant.

In the Matter of Brooke S.B., Respondent, v Elizabeth A.C-C., Respondent. R. Thomas Rankin, Attorney for the Child, Appellant.

Submitted March 28, 2016; decided March 31, 2016